

THOMAS S. TRIPODIANOS
TTRIPODIANOS@WBGLLP.COM
ADMITTED IN NY, CT, PA, MA

October 21, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

**VIA ECF**
Judge Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**VIA ECF**
Magistrate Judge Katharine H. Parker
U.S. District Court
500 Pearl Street, Room 750
New York, NY 10007

          Re.:   First Request for Adjournment and Extension of Time
                Spinn Construction, Inc. v. Hestianic Holdings, LLC
                1:22-cv-05421-ALC-KHP
                Our File No.: 02521.00001

Dear Judge Carter and Judge Parker:

My office represents the defendant Hestianic Holdings, LLC in connection with the above referenced matter.  I am writing with the consent of opposing counsel for all other parties to jointly request an extension of time to comply with the requirements of Rule 26(f) and to request a two - week adjournment to November 8, 2022 of the Rule  16(b) conference scheduled for Tuesday, October 25, 2022 at 10:30 AM. This is the first request in this matter.

The parties have engaged in initial settlement negotiations and after consulting with respective counsel feel that a mediation of their dispute with a targeted exchange of information may be helpful in achieving a final resolution.  It is contemplated that once a mediator is appointed and mediation is scheduled a future application for a brief stay will likely be made.

We are contemporaneously filing a Consent to Proceed before Magistrate Judge Katharine H. Parker.

Thank you in advance for your consideration in this matter.  Should you require any further

Please Address Replies To:
City Square, 11 Martine Ave., Penthouse, White Plains, NY 10606
Tel: (914) 428-2100    www.wbgllp.com    Fax: (855) 740-2860

NEW YORK    •    NEW JERSEY    •    CONNECTICUT

October 21, 2022
Page 2 of 2

information the parties will make themselves available at your convenience.

Very truly yours,

Thomas S. Tripodianos

TST/tst

cc Ira W. Seligman, Esq., Richman & Levine, P.C. by ECF

The Initial Case Management Conference scheduled for October 25, 2022 at 10:30 a.m. is rescheduled to Thursday, November 10, 2022 at 12:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  10/24/2022