```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
SPINN CONTRUCTION, INC.,

                                              Plaintiff,

                 -against-

 HESTIANIC HOLDINGS, LLC,

                                      Defendant.
----------------------------------------------------------------X

**22-CV-5421 (ALC) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    In light of the Stipulation of Voluntary Dismissal filed on January 6, 2023 (doc. no 37) the Initial Case Management Conference currently scheduled for **January 12, 2023** is hereby adjourned *sine die*.

.

    **SO ORDERED.**

DATED:    New York, New York
                January 6, 2023

                                                        */s/ Katharine H. Parker*
                                                        _____
                                                        KATHARINE H. PARKER
                                                       United States Magistrate Judge